## TOP OF THE TOWN, LLC, ET AL. *v.* SOMERS SPORTSMEN'S ASSOCIATION, INC.

The defendant's petition for certification for appeal from the Appellate Court, 69 Conn. App. 839 (AC 20841), is denied.

*Andrew J. O'Keefe* and *Joseph M. Busher, Jr.*, in support of the petition.

*Christopher M. Harrington* and *William J. Kupinse, Jr.*, in opposition.

Decided September 5, 2002

## RANDAL D. MACKIE ET AL. *v.* RICHARD A. HULL ET AL.

The plaintiffs' cross petition for certification for appeal from the Appellate Court, 69 Conn. App. 538 (AC 21615), is denied.

*Gerald L. Garlick*, in support of the cross petition.

*Jonathan J. Meter*, in opposition.

Decided September 5, 2002